UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 16-60013-CR-COHN-SELTZER

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

LORING PROCTOR, JR.,

        Defendant.
_____/

## NOTICE OF RESTITUTION HEARING

PLEASE TAKE NOTICE that the above-entitled cause is hereby set for restitution hearing on **Friday, September 23, 2016 at 9:30 a.m.** before the Honorable James I. Cohn, United States District Judge, United States Courthouse, 299 East Broward Boulevard, Courtroom 203E, Fort Lauderdale, Florida.

                                       HONORABLE JAMES I. COHN
                                       UNITED STATES DISTRICT JUDGE

DATED: July 15, 2016          STEVEN M. LARIMORE
                                        COURT ADMINISTRATOR • CLERK OF COURT

                                         By: _____
                                              Valerie Thompkins
                                              Courtroom Deputy Clerk

cc:    Corey Steinberg, AUSA
        Robert Berube, AFPD
        U.S. Marshals
        USPO